**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VASSEL LEWIS,

        Plaintiff

v.

AVIS RENT A CAR SYSTEM, INC.,
a Delaware Corporation and JOHN
LARSON, Jointly and Severally,

        Defendants.

Case No. 97-75247
Hon. Paul D. Borman

ANDREW J. BEAN, P.C.
Andrew J. Bean (P42941)
Attorney for Plaintiff
615 Griswold, Suite 1805
Detroit, Michigan 48226
(313) 963-5509

KIENBAUM OPPERWALL HARDY
   & PELTON, P.L.C.
Thomas G. Kienbaum (P15945)
Jeffery M. Peterson (P53573)
Attorneys for Defendants
325 South Old Woodward Avenue
Birmingham, Michigan 48009
(248) 645-0000

FILED
APR 30 5 35 PM '98
CLERK
U.S. DISTRICT COURT
EAST. DIST. MICH.
DETROIT

## STIPULATION OF DISMISSAL

12

NOW COME the parties to this matter, by their respective attorneys of record, and stipulate to entry of an Order dismissing Plaintiff's Complaint in its entirety, with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

LAW OFFICES OF ANDREW J. BEAN, P.C.

By:_____
    Andrew J. Bean (P42941)
Attorney for Plaintiff
Ford Building, Suite 1805
615 Griswold
Detroit, Michigan 48226
(313) 963-5509

Dated: 4/20/48

KIENBAUM OPPERWALL HARDY & PELTON, P.L.C.

By:_____
    Thomas G. Kienbaum (P15945)
    Jeffery M. Peterson (P53573)
Attorneys for Defendants
325 South Old Woodward Avenue
Birmingham, Michigan 48009
(248) 645-0000

Dated: 4/29/98

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VASSEL LEWIS,

          Plaintiff

                                   Case No. 97-75247
                                   Hon. Paul D. Borman

v.

AVIS RENT A CAR SYSTEM, INC.,
a Delaware Corporation and JOHN
LARSON, Jointly and Severally,

          Defendants.

_____/

ANDREW J. BEAN, P.C.
Andrew J. Bean (P42941)
Attorney for Plaintiff
615 Griswold, Suite 1805
Detroit, Michigan 48226
(313) 963-5509

KIENBAUM OPPERWALL HARDY
   & PELTON, P.L.C.
Thomas G. Kienbaum (P15945)
Jeffery M. Peterson (P53573)
Attorneys for Defendants
325 South Old Woodward Avenue
Birmingham, Michigan 48009
(248) 645-0000

_____/



## ORDER OF DISMISSAL

At a session of said Court, held in the Theodore
Levin United States Courthouse, City of Detroit,
State of Michigan, on: APR 3 0 1998

Present: Hon. PAUL D. BORMAN
                        Paul D. Borman

THIS MATTER having come before the Court on the stipulation of the parties, the

Court having reviewed the Stipulation of Dismissal, and the Court being otherwise fully

advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED, in its entirety,

with prejudice, and with all parties bearing their own costs and attorneys' fees.

HON. _____
        Paul D. Borman

L:\0085\001